UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| VERSIBE WILLIAMS, ) | |
| ) | Case No. 1:03-CV-02060 |
| Plaintiff, ) | |
| ) | Judge Ann Aldrich |
| v. ) | |
| ) | |
| GENERAL MOTORS CORP., et al., ) | |
| ) | ORDER |
| Defendants. ) | |
| ) | |

Before the court is defendant General Motors Corporation's ("GM") motion to reset or clarify deadlines in advance of the scheduled trial on Monday, October 29, 2007 [Docket No. 107]. Plaintiff Versibe Williams ("Williams") has filed a response [Docket No. 108], and the parties appear amenable to many of the same dates. The court therefore grants GM's motion in part.

The first issue raised by GM concerns the deposition of Williams's expert, Gerald Rosenbluth, and of GM's experts. Currently, Mr. Rosenbluth's deposition is scheduled for August 28, 2007; the depositions of GM's experts have not been scheduled, but are likely to take place after the Rosenbluth deposition. The parties appear to agree that, in order to properly prepare for trial, all expert depositions must be completed by mid-September, and that both GM and Williams will need expedited transcripts of those depositions. Given the parties' apparent agreement, the court will not set any particular deadline for depositions, or order any party to pay the costs of expedited transcripts, as each party will pay for what they deem necessary for trial preparation.

However, the court will grant GM's motion in part, and set the following deadlines for *Daubert* motions and motions in limine. *Daubert* motions regarding Mr. Rosenbluth and GM's experts must be filed by September 21, 2007. If and when *Daubert* motions are filed, the parties will jointly contact the

court's courtroom deputy to schedule a *Daubert* hearing. Responses to *Daubert* motions are due October 5, 2007, and replies must be filed by October 12, 2007. Motions in limine must be filed by October 22, 2007, with responses due on October 25, 2007. No replies shall be filed on any motions in limine, and the court will hear argument on those motions, if necessary, on October 29, 2007, prior to voir dire.

      IT IS SO ORDERED.

                                                              /s/Ann Aldrich
                                                              ANN ALDRICH
                                                              UNITED STATES DISTRICT JUDGE

**Dated: August 15, 2007**